Duration: 12 mins

Proceeding via: ☐ Video Conf. ☐ Telephone Conf. ☑ In Person

DOCKET No. 26mj837 _____

DEFENDANT Tania Nadette Blazquez _____

AUSA James Mandilk _____

DEF.'S COUNSEL Amanda Kramer / Arlo Devlin-Brown _____

☐ RETAINED  ☐ FEDERAL DEFENDERS  ☑ CJA  ☐ PRESENTMENT ONLY

☑ SPANISH _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.

☐ Other: _____

DATE OF ARREST 3/18/2026 _____

TIME OF ARREST 6:05am _____

TIME OF PRESENTMENT 3:45pm _____

☐ VOL. SURR.

☐ ON WRIT

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER     ☐ SEE TRANSCRIPT

☐ DETENTION HEARING SCHEDULED FOR: _____

☑ AGREED CONDITIONS OF RELEASE

☐ DEF. RELEASED ON OWN RECOGNIZANCE

☑ $250,000 _____ PRB  ☑ 2 _____ FRP

☐ SECURED BY $_____ CASH/PROPERTY: _____

☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____

☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES

☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES

☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS

☑ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☑ STAND ALONE MONITORING

☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS  ☑ GPS

☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☑ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM

☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET

☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____

_____; REMAINING CONDITIONS TO BE MET BY: 3/25/2026 _____

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

1. Def. not to contact co-Def., victims, or witnesses in this case unless in presence of counsel. Def. may speak to co-Def. son but not about this case unless in presence of counsel.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY

☐ DEF. WAIVES INDICTMENT

☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

☐ CONFERENCE BEFORE D.J. ON _____

For Rule 5(c)(3) Cases:

☐ IDENTITY HEARING WAIVED

☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ DEFENDANT TO BE REMOVED

☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 4/17/2026 _____

☑ ON DEFENDANT'S CONSENT

DATE: 3/18/2026 _____

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.