# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Amanda Kramer**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1223
akramer@cov.com

**Via ECF**                                                    March 26, 2026

Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  ***United States* v. *Tania Blazquez*, 26 Mag. 837**

Dear Judge Willis:

Counsel for Defendant Tania Blazquez respectfully submit this consent request for a one-week extension of Defendant's deadline to fulfill the bond conditions of release, until April 1, 2026.  Additional time is needed to complete approval of Defendant's proposed bond co-signers, including to secure an interpreter for one of the co-signer interviews. This is Defendant's first request for an extension, and the Government consents to this request.

Respectfully submitted,

 */s/ Amanda Kramer*
Amanda Kramer

*Counsel for Defendant Tania Blazquez*

CC:  All counsel of record via ECF