## COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Amanda Kramer**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1223
akramer@cov.com

**Via ECF**                                                              April 1, 2026

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  ***United States* v. *Tania Blazquez*, 26 Mag. 837**

Dear Judge Wang:

      Counsel for Defendant Tania Blazquez respectfully submit this second consent request for a one-week extension of Defendant's deadline to fulfill the bond conditions of release, until April 8, 2026.  Defendant previously requested—with the Government's consent—a one-week extension of the deadline from March 25, 2026 until April 1, 2026 in order to complete co-signer interviews, *see* Dkt. No. 13, and Judge Willis granted the request, *see* Dkt. No. 14.  The Government has now interviewed and approved Defendant's bond co-signers.  Additional time is needed for the co-signers, who live outside of New York state, to complete the procedures necessary to sign Defendant's bond.  The Government consents to this request.

                        Respectfully submitted,

                        */s/ Amanda Kramer*
                        Amanda Kramer

                        *Counsel for Defendant Tania Blazquez*

CC:  All counsel of record via ECF