**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Amanda Kramer**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1223
akramer@cov.com

<u>**Via ECF**</u>

April 8, 2026

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>*United States* v. *Tania Blazquez*, 26 Mag. 837</u>

Dear Judge Aaron:

Counsel for Defendant Tania Blazquez respectfully submit this third consent request for a one-week extension of Defendant's deadline to fulfill the bond conditions of release, until April 15, 2026.

Defendant made two prior requests (with the Government's consent) for one-week extensions of this deadline in order to finalize securing two co-signers for Defendant's bond, and both requests were granted.  *See* Dkt. Nos. 14, 16.

One of Defendant's bond co-signers has now completed all of the steps required to sign the bond.  However, as of this morning, Defendant's second co-signer unexpectedly is no longer available to co-sign the bond.  Defendant has identified and proposed to the Government another co-signer, and additional time is needed for the Government to approve this co-signer, and for the co-signer—who lives out of State—to complete the procedures necessary to sign the bond.  The Government consents to this extension request.

Respectfully submitted,

 */s/ Amanda Kramer*
Amanda Kramer

*Counsel for Defendant Tania Blazquez*

CC:  All counsel of record via ECF